# United States Bankruptcy Court
## District of South Carolina

| | |
|---|---|
| IN RE:<br><br>James Michael Barfield<br>2358 Mt. Gallant Road<br>Rock Hill, SC  29732<br><br><br><br>DEBTOR | CASE NO.: 15-03236-hb<br>CHAPTER 13<br><br>NOTICE OF MOTION/APPLICATION AND<br>OPPORTUNITY FOR HEARING |

### NOTICE OF OBJECTION TO CLAIM AND OPPORTUNITY FOR HEARING

Gretchen D. Holland, Trustee, has filed papers with the court to object to the claim filed by Westbourne Capital, LLC  .

<u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or you want the court to consider your views on the objection, then within 30 days of service of this notice, you or your attorney must :

File with the court a written response, return, or objection at:

   1100 Laurel Street
   Columbia, SC  29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf .scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will  **receive** it on or before the deadline stated above.

You must also send a copy to:

   Gretchen D. Holland, Chapter 13 Trustee
   20 Roper Corners Cir Ste C
   Greenville, SC  29615-4833

   and all parties listed on the attached Certificate of Service .

Attend the hearing scheduled to be heard on July 26, 2018 at 10:30 am at the United States Bankruptcy Court, Donald S. Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306 .

If no response, return, and/or objection is timely filed and served, no hearing will be held on this objection, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief .

| | |
|---|---|
| Date:  05/29/2018 | /s/ Gretchen D. Holland<br><br>Gretchen D. Holland, Chapter 13 Trustee<br>20 Roper Corners Cir Ste C<br>Greenville, SC  29615-4833<br>864-242-0314<br>864-242-3679 Facsimile |

# United States Bankruptcy Court
## District of South Carolina

IN RE:

James Michael Barfield
2358 Mt. Gallant Road
Rock Hill, SC  29732

DEBTOR

CASE NO.: 15-03236-hb
CHAPTER 13

OBJECTION TO CLAIM

Gretchen D. Holland, Trustee, hereby objects to the Proof of Claim in the amount of $85,322.36, filed in the above-entitled case on Tuesday, August 18, 2015, by:

Westbourne Capital, LLC
c/o Grimsley Law Firm, LLC
PO Box 11682
Columbia, SC  29211

Court's Claim #: 2
Trustee's Claim #: 1

Upon information and belief, per correspondence received from the creditor's attorney, Westbourne Capital is no longer is business; therefore, there is no one available to pay on this claim. Trustee requests that this claim be disallowed.

Date:  05/29/2018

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee

---

## CERTIFICATE OF SERVICE

The below signed states that she served the Objection, Notice and Proposed Order on the parties listed below by causing them to be mailed, on this date, copies of the Objection, Notice and Proposed Order, first class, postage paid. This Objection to Claim was filed electronically with the United States Bankruptcy Court.

James Michael Barfield
2358 Mt. Gallant Road
Rock Hill, SC  29732

F. Lee O'steen, Esq.
O'steen Law Firm, LLC
PO Box 36534
Rock Hill, SC  29732-0509

Wetbourne Capital LLC
c/o Finkel & Altman LLC
PO Box 71727
North Charleston, SC  29415

Westbourne Capital, LLC
c/o Grimsley Law Firm, LLC
PO Box 11682
Columbia, SC  29211

Westbourne Capital LLC
233 Wilshire Blvd
Suite 700
Santa Monica, CA  90401

Date:  05/29/2018

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile